FILED

08/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0006

_____

IN RE THE MARRIAGE OF:

JOHNETTE GAY JONES WATKINS,

Petitioner and Appellant,

and

CHARLES EDWARD WATKINS,

Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Cuffe, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 25 2021